# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOON KIM, and MIMI KIM, <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, <br><br> Defendant. | Case No. 8:21-cv-01325-JVS-ADS <br><br> **JUDGMENT** |

This matter came before the Court for bench trial scheduled for July 11, 2022.  Upon reviewing the parties' briefs and submissions, the Court determined that oral argument would not be helpful in this matter.  On July 27, 2022, the Court issued its Order Regarding Review of the Administrative Record pursuant to Rule 52 of the Federal Rules of Civil Procedure, affirming Defendant Hartford Life and Accident Insurance Company's ("Hartford") decision to deny the supplemental life insurance benefits under the subject employee welfare benefit plan at issue, and finding that Hartford is entitled to have judgment entered in its favor.  [Dkt. 40] Accordingly,

///

///

IT IS ORDERED AND ADJUDGED:

1. That judgment is hereby entered in favor of Defendant Hartford Life and Accident Insurance Company and against Plaintiffs Michael Hoon Kim and Mimi Kim in accordance with the Court's Order filed on July 22, 2022;

2. Plaintiffs shall take nothing by way of their Complaint filed on August 11, 2021; and

3. The action is hereby dismissed with prejudice.

Dated:  September 19, 2022   _____
Honorable James V. Selna
United States District Judge